# Exhibit A

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Acala                    Jeremy
         Last Name          First                    Middle

HOME ADDRESS    1300 Mahogany Ave. Apt. 330

         Bellingham        CA              98226
         City              State           Zip Code

SIGNATURE

DocuSigned by:

*Jeremy Acala*

07E28C4B161B49D...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME ___Anderson_____Nathan_____John_____
          Last Name              First                      Middle

HOME ADDRESS ___208 S Yellowstone Dr._____

          ___Brandon_____Sd_____57005_____
                City              State            Zip Code

SIGNATURE___*Nathan Anderson*_____
          DocuSigned by:
          4481CA41108C4EB...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME     Anstee           Allen            Scott

              Last Name         First             Middle

HOME ADDRESS     1414 Locust Court

          Monmouth Junction NJ        08852

            City           State         Zip Code

SIGNATURE

DocuSigned by:

*Allen Anstee*

69CF77352A774BA...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Arriaga            Mark
_____
        Last Name         First                    Middle

                646 Paseo Del Mar
HOME ADDRESS _____

        El Paso        Texas            79928
_____
        City           State            Zip Code

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Ash          Melissa
             Last Name       First                Middle

HOME ADDRESS    307 Valley Drive, Apt B

            Dalton        GA         30720
               City         State       Zip Code

SIGNATURE

DocuSigned by:
AC745D5F8989438...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME ___Avery_____Stephen_____James_____
            Last Name        First              Middle

HOME ADDRESS ___Terrazas Escorial 605 Blvd Media Luna Apt. 6209___

       Carolina        PR           00987
         City           State       Zip Code

SIGNATURE_
DocuSigned by:
4C96C56F90944C7...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Azcuy                    Alexander

              Last Name              First                              Middle

HOME ADDRESS    136 Berkeley Place

          Brooklyn              NY              11217

           City                  State          Zip Code

SIGNATURE

DocuSigned by:

0F1BA69D2EAD464...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Maria                Aidee                    Barallardos
        Last Name            First                    Middle

HOME ADDRESS    1415 E. 10th Street

        Douglas              Arizona              85607
        City                 State                Zip Code

SIGNATURE    DocuSigned by:
             *[signature]*
             9D4AF699C99A4CB...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME ⎯⎯⎯ Bebber                    Benedict ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
            Last Name          First                    Middle

HOME ADDRESS ⎯⎯⎯ 3430 Creekwood Dr. ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
           Brownsville      Texas            78526
           City                State              Zip Code

SIGNATURE ⎯⎯⎯ DocuSigned by:
           09A2F892955944F...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME   Belec                    Tyler                           Cavanagh
_____
            Last Name            First                        Middle

HOME ADDRESS   4461 Manzanita Ave #34
_____

      Carmichael          CA                95608
_____
        City                    State            Zip Code

SIGNATURE _____

DocuSigned by:

620CC4374C6D425...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME  Benner          Cole                    Douglas
             Last Name        First                    Middle

HOME ADDRESS  8703 Ashton Place

      North Ridgeville  Ohio          44039
          City                State            Zip Code

SIGNATURE
DocuSigned by:
*Cole Benner*
DFB0A84BFCE8469...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME _____Bennett_____Kelly_____

                   Last Name        First                  Middle

HOME ADDRESS ____17818 Olive St_____

                   Omaha         NE          68136

                   City          State       Zip Code

SIGNATURE ___Kelly Bennett_____

DocuSigned by:
00A8F338C0264F4...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME ___Bradley_____Kenneth_____Joshua_____
          Last Name       First              Middle

HOME ADDRESS ___548 Blackstream Road_____
          Hermon_____Maine_____04401_____
            City         State       Zip Code

SIGNATURE____

DocuSigned by:

326004B238044E8...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Breland        Joshua        Allen
           Last Name      First        Middle

HOME ADDRESS    6560 Murfreesboro Road

           Lebanon      TN      37090
           City        State      Zip Code

SIGNATURE

DocuSigned by:

8599571C73254C9...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Burpo        Ryder        Jason Liam

           Last Name       First        Middle

HOME ADDRESS    9537 Village Dr

           Oklahoma City      OK      73120

           City        State      Zip Code

SIGNATURE

DocuSigned by:

A10171249CF2477...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME ___Choi_____Sara_____L_____

             Last Name        First                Middle

HOME ADDRESS ___4625 Brush Ridge Dr_____

       Hastings_____MI_____49058_____

         City             State       Zip Code

SIGNATURE _____

DocuSigned by:

9F6AA826F89F47A...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME ___Clark_____Corey_____
          Last Name          First                    Middle

HOME ADDRESS ___31 Della Drive_____

          ___West Babylon_____NY_____11704_____
                City              State              Zip Code

SIGNATURE___ [signature] _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Condon        Derek        T
           Last Name        First        Middle

HOME ADDRESS    1000 Berkley Parkway Apt 425

      Kansas City     MO        64120
        City        State       Zip Code

SIGNATURE _____ DocuSigned by: _____
          98B711E4758A4BD...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Crabtree        Timothy           Andrew
             Last Name       First              Middle

HOME ADDRESS    131 Chantilly Loop

           Pearl River     LA         70452
              City         State       Zip Code

SIGNATURE

DocuSigned by:

3E77973103AF45E...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Crooks            Brett                    Andrew
        —————————————————————————————————————————————————
        Last Name         First                    Middle

HOME ADDRESS   1950 Driftwood Dr.
        —————————————————————————————————————————————————

        El Centro         California      92243
        —————————————————————————————————————————————————
        City              State          Zip Code

SIGNATURE   DocuSigned by:

            957615F36618442...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Crutcher              David
                Last Name        First                Middle

HOME ADDRESS    207 Saddle Blanket

        Del Rio        Texsd         78840
           City          State       Zip Code

SIGNATURE
DocuSigned by:
DC7B7D02FE29477...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Cruz              Eduardo
_____
        Last Name         First                    Middle

HOME ADDRESS    2677 Old Bainbridge Road, Apt 1337
_____

        Tallahassee       FL              32303
_____
        City              State           Zip Code

SIGNATURE
DocuSigned by:
*Eduardo Cruz*
6778B85AE2B049A...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Cummings        Sarah
        Last Name        First              Middle

HOME ADDRESS    1733 East San Tan Street

       Chandler        AZ        85225
        City         State        Zip Code

SIGNATURE
DocuSigned by:
4C95A3754F824D4...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    De Leon          Craig                          Alexander

Last Name          First                          Middle

HOME ADDRESS    6034 Blanco River Street

Brownsville          TX          78526

City                State          Zip Code

SIGNATURE    

DocuSigned by:

A1896E81E426402...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME

| Demarest | Terri | H |
|---|---|---|
| Last Name | First | Middle |

HOME ADDRESS   3511 Victoria Pines Dr

| Orlando | FL | 32829 |
|---|---|---|
| City | State | Zip Code |

SIGNATURE

DocuSigned by:

*Terri Demarest*

1C6205AAF70A4D2...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME ___Detter_____Jordan_____

             Last Name       First                  Middle

HOME ADDRESS ___7721 krypton Dr_____

            Corpus christi   Texas        78414_____

               City           State        Zip Code

SIGNATURE___

DocuSigned by:
A56658FBFB1D474...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME     DiCarlo       Matthew       John
          Last Name       First          Middle

HOME ADDRESS    7 Falcon Road

        Londonderry     NH       03053
           City        State       Zip Code

SIGNATURE

DocuSigned by:

05DA08F1702F49C...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME ⎵ Duprey ⎵⎵⎵ Dean ⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵
⎵⎵ Last Name ⎵⎵ First ⎵⎵⎵⎵⎵⎵ Middle

HOME ADDRESS ⎵ 4062 Avati Dr.

⎵⎵ San Diego ⎵⎵⎵ CA ⎵⎵⎵⎵ 92117
⎵⎵⎵⎵ City ⎵⎵⎵ State ⎵⎵⎵ Zip Code

SIGNATURE ⎵
DocuSigned by:
*Dean Duprey*
74B7030E3885436...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME ___Elliott_____Eric_____

           Last Name        First               Middle

HOME ADDRESS ___2037 Burton ST APT 41_____

        San Diego      CA         92111

          City         State     Zip Code

SIGNATURE

DocuSigned by:

*C. Elliott*

CA8833DDD7A14C9...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME     Ericksin          Jonathan                    Ryan
         _____
         Last Name          First                      Middle

HOME ADDRESS    1225 183rd St SE, Apt E302
                _____

                Bothell              WA          98012
                _____
                City                 State       Zip Code

SIGNATURE _____ _____

DocuSigned by:
7534659466194FC...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME ____Finn_____Ryan_____
        Last Name          First                          Middle

HOME ADDRESS ____100 River Park Drive, Apartment 330_____

        Raritan          New Jersey          08869
        City              State              Zip Code

SIGNATURE____[DocuSigned by signature]_____
        FEFF87A35EBD4E4...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Garnett              Benjamin                  Michael
_____
        Last Name           First                     Middle

HOME ADDRESS    170 SE 14th Street, Apt. 1506
_____

        Miami               FL                33131
_____
        City                State            Zip Code

SIGNATURE _____ DocuSigned by: _____
                E656F41F8D30474...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME  Gatza                    Barry
        Last Name        First                Middle

HOME ADDRESS  1702 30th Street

      Bay City        MI            48708
        City            State        Zip Code

SIGNATURE
DocuSigned by:
8F4C117BBCA6437...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME ___Gombar_____Kaitlyn_____Lorraine_____

                Last Name        First              Middle

HOME ADDRESS ___453 13th Street_____

            San Diego       CA          92101

              City         State       Zip Code

SIGNATURE

DocuSigned by:

A2B3C635626545B...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME ___Goschke_____Lyndsay_____Brianne_____
              Last Name                      First                              Middle

HOME ADDRESS __4440 Archer Road_____

                     __Cleveland_____OH_____44105_____
                          City                          State              Zip Code

SIGNATURE ___[signature: Lyndsay Goschke, DocuSigned by: 45720E0DF55749B...]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Greuel                    Devan
_____
        Last Name          First                    Middle

HOME ADDRESS    3897 S. 18th Street
_____
        Grand Forks        North Dakota        58201
_____
        City                State              Zip Code

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME ___Guidera_____Matthew_____
　　　　　Last Name　　　　　First　　　　　　　　　　Middle

HOME ADDRESS ___3751 Mississippi St_____

　　　　　San Diego　　　　　CA　　　　　　　92104
　　　　　City　　　　　　　State　　　　　Zip Code

SIGNATURE
DocuSigned by:
*Matthew Guidera*
0CBF063A8A884C4...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Hayn                    Jason                    R
_____
        Last Name          First                    Middle

        4522 Howard Ave
HOME ADDRESS _____

        Los Alamitos      CA            90720
_____
        City              State        Zip Code

SIGNATURE_____


FFEFED965FB64E3...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME  Heaton          John                Michael
_____
           Last Name      First                Middle

HOME ADDRESS  127 Hannah Drive
_____

         whitinsville    MA            01588
_____
           City          State         Zip Code

SIGNATURE _____
DocuSigned by:
[signature]
31A4D4D48B5A411...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME ___Hohn_____David_____

                Last Name         First                 Middle

HOME ADDRESS ___1201 E Plum Creek Rd_____

           Sioux Falls     SD         57105

            City             State        Zip Code

SIGNATURE _____

DocuSigned by:

327E34F2264B4B7...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME ___Hood_____Steffie_____

                Last Name         First                Middle

HOME ADDRESS ___252 N Pennsylvania street Apt 207_____

                Denver         Colorado        80203

                City          State        Zip Code

SIGNATURE

DocuSigned by:

BEF079942D4D421...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Hudson           Jeremy              Christopher
_____
          Last Name       First                Middle

                2441 magill ave
HOME ADDRESS _____

          Clovis          Ca              93611
_____
          City            State          Zip Code

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME  Hudson            Matthew              Daniel
_____
        Last Name        First                Middle

HOME ADDRESS  39 Brockley Rd
_____
        Rochester        NY          14609
_____
        City             State        Zip Code

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME ___Humeniak_____Adam_____

                Last Name        First                Middle

HOME ADDRESS ___15250 Garden St_____

                Bennet        NE          68317

                City        State       Zip Code

SIGNATURE ___ _DocuSigned by:_
452E80FCE6D6474...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME     jacob             Andrew
           Last Name          First              Middle

HOME ADDRESS    1201 e plum creek rd

        sioux falls       south dakota      57105
           City            State        Zip Code

SIGNATURE
DocuSigned by:
*Andrew Jacob*
70DCE40197AA4B6...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Jaronski         Joanna

           Last Name        First            Middle

HOME ADDRESS    9505 Jeremy St

           Santee         CA         92071

           City         State        Zip Code

SIGNATURE

DocuSigned by:

F049F9921D39473...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME ___Jarvis_____Joseph_____C_____

               Last Name        First               Middle

HOME ADDRESS ___13540 Havelock Trail_____

                Apple Valley   MN       55124

                   City          State        Zip Code

SIGNATURE___

DocuSigned by:

F1299A9479A94C3...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME   Jones                    Cole                        Van
              Last Name              First                      Middle

              5000 N Mall Way Apt227
HOME ADDRESS

              Flagstaff              AZ                 86001
              City                   State              Zip Code

SIGNATURE

DocuSigned by:

4C4BDEFB2E3C47C...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME _____Kennedy_____Lindsey_____Raynae_____

             Last Name        First                Middle

HOME ADDRESS ____224 Roxann Avenue_____

             Syracuse        New York        13212

             City            State        Zip Code

SIGNATURE____

DocuSigned by:

7ED4D83FDBBB4A7...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Kolodziej            Daniel            Scott
_____
         Last Name          First                    Middle

HOME ADDRESS    44544 W. Santa Fe Ave
_____
         Maricopa          AZ            85139
_____
              City            State          Zip Code

SIGNATURE
DocuSigned by:
D—
4C3FB4EB429B4BE...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME ___Koval_____Austin_____S_____

Last Name            First                    Middle

HOME ADDRESS ___21221 Oxnard St. Apt. 591_____

___Woodland Hills_____CA_____91367_____

City                    State              Zip Code

SIGNATURE

DocuSigned by:

C6617BE3DA78448...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Larsen          Jarad              Kevin
_____
         Last Name        First              Middle

HOME ADDRESS    11628 E 27th Place
_____
         Yuma           AZ              85367
_____
         City           State           Zip Code

SIGNATURE _____

DocuSigned by:
02A33607D1FD4C5...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Leal                Daniel                    Souza
_____
        Last Name          First                     Middle

HOME ADDRESS   1247 Century Drive
_____
               Clover              SC            29710
_____
               City                State         Zip Code

SIGNATURE
DocuSigned by:
818DC5F01D9E431...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Loken                Zachary                      Daniel
            Last Name            First                        Middle

HOME ADDRESS    5203 Belmoral Ln NW

            Rochester            MN          55901
            City                State        Zip Code

SIGNATURE

DocuSigned by:

D238C61B5B1745D...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    MacLean             Ian
              Last Name            First                Middle

HOME ADDRESS    1740 Mendota Street

           Chula Vista      CA         91913
            City           State         Zip Code

SIGNATURE

DocuSigned by:

47B6B7AB32194D3...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME ___Manning_____Robert_____John_____

              Last Name          First                 Middle

HOME ADDRESS ___1038 Reece Road_____

              Severn_____Maryland_____21144_____

               City             State         Zip Code

SIGNATURE___

DocuSigned by:

86A4321C4C264D3...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME  Martin          Patrick              William
_____
      Last Name        First                Middle

HOME ADDRESS  6 Lynda road
_____

      Easton          Ma              02375
_____
      City            State           Zip Code

SIGNATURE  *Patrick Martin*
           DocuSigned by:
           C1179D234E7A46D...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME ___Marquis_____Jacob_____

            Last Name        First               Middle

HOME ADDRESS ___20108 Teakwood Drive_____

            Hagerstown     MD        21742

            City          State      Zip Code

SIGNATURE_____

DocuSigned by:

3E7517017E24427...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Marzolino            Thomas
_____
        Last Name        First                Middle

HOME ADDRESS    4966 Corte Playa Palmera
_____

        San Diego        California        92124
_____
        City            State            Zip Code

SIGNATURE
DocuSigned by:
D7BF415A159D410...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME     Mavronas         Spiros
          Last Name      First          Middle

HOME ADDRESS    353 Landfair ct

         Henderson      Nv          89074
          City          State      Zip Code

SIGNATURE

DocuSigned by:

BED47EB955F74F6...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME     McLinden                Kevin                          Thomas

        Last Name            First                          Middle

HOME ADDRESS     2106 Kanawha Blvd. East, #721

        Charleston          West Virginia          25311

        City                     State               Zip Code

SIGNATURE
DocuSigned by:
*Kevin McLinden*
81889CDC934C4FB...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME     Medvetz                    Kyle                         P
         _____
             Last Name           First                Middle

HOME ADDRESS     9109 Thornridge Drive
                 _____

             North Richland Hills Texas            76182
             _____
                 City              State           Zip Code

SIGNATURE
DocuSigned by:
*kyle Medvetz*
8933C8C338DB41D...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME ___Morris_____Matthew_____David_____
         Last Name          First                Middle

HOME ADDRESS ___206 Phoenix Palm Drive_____

         Laredo           TX              78045
         City             State           Zip Code

SIGNATURE_____[DocuSigned by signature: 98F41CEB7FDB4D4...]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Mota                      Victor                          Alfonzo
_____
         Last Name              First                        Middle

HOME ADDRESS    24444 Helene Dr.
_____

              Brownstown          MI            48183
_____
              City                State         Zip Code

SIGNATURE ___[DocuSigned by: Victor Mota  0C91E2A3638D4B8...]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Neefe        Zachary        Michael

           Last Name      First        Middle

HOME ADDRESS   852 Boone Rd

       Burlington      North Carolina     27217

          City        State      Zip Code

SIGNATURE

DocuSigned by:

*Zachary Neefe*

47FB15B030274D0...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME _____Nepomnashi_____Roman_____
          Last Name          First                    Middle

HOME ADDRESS ____7405 Charmant Drive Unit 1911_____

          ____San Diego_____California_____92122_____
          City                State            Zip Code

SIGNATURE____ *R. Nepad* _____
          DocuSigned by:
          5B3F959C67754DE...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME     O'Brien       Stephen       Lawrence

          Last Name       First         Middle

HOME ADDRESS    207 S Claire Dr

        Panama City      FL        32401

         City        State      Zip Code

SIGNATURE

DocuSigned by:

*Stephen O'Brien*

103E6622369A432...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME ___Orlinski_____Scott_____Philip_____

              Last Name        First                Middle

HOME ADDRESS ___3725 NE 19Th Street_____

              Renton        WA           98056

              City          State        Zip Code

SIGNATURE ___

DocuSigned by:

FB5C7E0D102A4E2...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME

| Otey | Joshua | Lee |
|------|--------|-----|
| Last Name | First | Middle |

HOME ADDRESS   1238 South Lincoln Road

| Lincoln | VT | 05443 |
|---------|-----|-------|
| City | State | Zip Code |

SIGNATURE

DocuSigned by:

5FC70BD00A12408...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    O'Toole       Christopher       Michael

           Last Name       First           Middle

HOME ADDRESS    317 Bayside Road

          Greenland       NH         03840

           City          State       Zip Code

SIGNATURE

DocuSigned by:

78083F0DFA4C4D5...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    ouzounian              blake                        thorne
_____
              Last Name          First                    Middle

HOME ADDRESS   1222 e. balboa blvd
_____

              newport beach        ca            92661
_____
              City              State          Zip Code

SIGNATURE    blake ouzounian
DocuSigned by:
44E167B6C3844C9...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME   Page                Christopher              Mace
_____
        Last Name           First                    Middle

HOME ADDRESS   5488 Snow Creek Ct
_____

        Prince George    VA              23875
_____
        City             State           Zip Code

SIGNATURE   _Christopher Page_ _____
            DocuSigned by:
            14018F1228694C0...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Permenter              Grant
　　　　　　　Last Name　　　　　First　　　　　　　　　　Middle

HOME ADDRESS    2848 Butternut Lane

　　　　　　　York              PA              17408
　　　　　　　　City　　　　　　　State　　　　　Zip Code

SIGNATURE
DocuSigned by:
*Grant Permenter*
C5E782B5FF2C4C9...

**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Pisani          Nicholas          Charles
_____
       Last Name        First          Middle

HOME ADDRESS    15 Foothill Path
_____

       Chadds Ford      PA          19317
_____
         City        State        Zip Code

SIGNATURE _____

DocuSigned by:

37068A4076E140B...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME   RAHMAN, EHAB
            Last Name         First         Middle

HOME ADDRESS   7440 Waite Drive

            La Mesa, CA 91941
            City         State        Zip Code

SIGNATURE   _Ehab Rahman_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME  Ramos                    Jonatan                         N
              Last Name          First                          Middle

HOME ADDRESS  9455 Cathywood Dr.

             Santee              CA              92071
             City                State           Zip Code

SIGNATURE
DocuSigned by:
*Jonatan N. Ramos*
A74E697BF93C445...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Renteria          Mario              Jaime
_____
        Last Name         First              Middle

HOME ADDRESS    15002 Wildberry Creek Ct
_____

        Cypress           Texas          77433
_____
        City              State          Zip Code

SIGNATURE _____

DocuSigned by:
13928A494B344E9...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Rogers              Shane                    Alan
_____
        Last Name          First                    Middle

HOME ADDRESS    760 Joel Palmer Way
_____
        Dayton             OR              97114
_____
        City               State           Zip Code

SIGNATURE
DocuSigned by:
*Shane A. Rogers*
66E2236225CA481...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME  Rose                    Shenen                    P.
_____
Last Name          First                    Middle

HOME ADDRESS  10674 S Lamond Dr
_____
South Jordan      Utah            84009
_____
City              State          Zip Code

SIGNATURE    _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME ___Ruch_____Christopher_____

               Last Name        First                Middle

HOME ADDRESS ___5023 Blendon Trail_____

               Garner        NC          27529

               City          State        Zip Code

SIGNATURE___ DocuSigned by: _____

               F3F6D126468D4D7...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME  Ruiz                    Charlie
_____
      Last Name          First                      Middle

      8645 Fletcher Parkway, $467
HOME ADDRESS  _____

      La Mesa            California          91942
_____
      City               State              Zip Code

SIGNATURE
DocuSigned by:
*Charlie Ruiz*
0C6FD9EF3ABF4CD...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Sangster          Phillip                    H
_____
        Last Name         First                      Middle

HOME ADDRESS    3011 Chimney Cove Cir
_____

        Brownsboro        Al          35741
_____
        City              State       Zip Code

SIGNATURE    _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME   Shao                    Shen
         _____
         Last Name          First                    Middle

HOME ADDRESS   104 White Dove
               _____

         Del Rio          Texas          78840
         _____
         City             State          Zip Code

SIGNATURE
         DocuSigned by:
         _____
         D5CE88C4BA1C414...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME ____Silverman_____Matthew_____Adam_____
　　　　　　　Last Name　　　　　First　　　　　　　　　Middle

HOME ADDRESS ____16 Columbia drive_____

　　　　　　　Marlton_____Nj_____08953_____
　　　　　　　　　City　　　　　　　State　　　　　Zip Code

SIGNATURE____[DocuSigned by signature]_____
　　　　　　　8A3DC80997F648E...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Smith            Brian                Allan
        _____
        Last Name        First                Middle

HOME ADDRESS    97 School St.
                _____

        Chelmsford        MA            01824
        _____
        City            State        Zip Code

SIGNATURE
DocuSigned by:
_____
5CF2664E8985482...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME  So                    Megan                        Marie
_____
            Last Name            First                        Middle

HOME ADDRESS  21811 Whittington St
_____

            Farmington Hills  MI              48336
_____
            City                State          Zip Code

SIGNATURE
DocuSigned by:
22B7C0902673457...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Spitzer        David
         Last Name      First        Middle

HOME ADDRESS    2003 N Mahonia Pl

       Bellingham     WA       98229
         City        State      Zip Code

SIGNATURE
DocuSigned by:
*David Spitzer*
DE123C4E70D2499...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Stantzos            Christopher            Paul
_____
        Last Name        First            Middle

HOME ADDRESS    100 Oceano Avenue #23
_____

        Santa Barbara    CA        93109
_____
        City            State        Zip Code

SIGNATURE
DocuSigned by:
*Christopher Stantzos*
F4FED034F2B947B...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME ___STRODE_____Thomas_____

               Last Name        First                 Middle

HOME ADDRESS ___2720 Monroe Ave_____

           San Diego      California      92116_____

              City          State         Zip Code

SIGNATURE

DocuSigned by:

94984F2B67334AB...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME ____Taggart_____Brett_____
            Last Name        First              Middle

HOME ADDRESS ___4235 Asher Street Unit 42_____

       San Diego      California     92110
          City          State       Zip Code

SIGNATURE _____
DocuSigned by:
1E83F7AFF31140B...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME ___Thiel_____Timothy_____K_____
          Last Name          First                    Middle

HOME ADDRESS ___53 Gaillardia Way_____

          ___Clayton_____NC_____27527_____
             City              State      Zip Code

SIGNATURE___*Timothy K. Thiel*_____
          DocuSigned by:
          3547B8F6524F4FA...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Totten         Matthew

         Last Name        First                Middle

HOME ADDRESS    151 Wendelton Rd

         Troy          MI          48084

         City          State          Zip Code

SIGNATURE

DocuSigned by:

4EF38B66F8D7471...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Trotter                    Angela
        _____
        Last Name              First                          Middle

HOME ADDRESS    11026 Two Ships Court
        _____
        Columbia          MD              21044
        _____
        City              State           Zip Code

SIGNATURE    DocuSigned by:
             *Angela Trotter*
             C82265E57DF249D...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME   Urgo                        Eric
         Last Name          First                          Middle

HOME ADDRESS   589 SW Saint John's Bay

         Port Saint Lucie  Florida          34986
              City              State          Zip Code

SIGNATURE   *Eric Urgo*
            67087C1D68104AF...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME    Vezos            Steven
_____
        Last Name        First                Middle

HOME ADDRESS    10810 Pacifica Way
_____

        Parkland        Florida        33131
_____
        City            State        Zip Code

SIGNATURE    DocuSigned by:
             [signature]
             7DB924DB10644BE...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME _Way_____Trace_____Sawyer_____

            Last Name         First                Middle

HOME ADDRESS _502 Summer Tree Loop_____

            Marysville       OH         43040

            City          State        Zip Code

SIGNATURE _____

DocuSigned by:

82A66DA57C794CA...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.

NAME _Wildt_____Clay_____Tanner_____
          Last Name         First         Middle

HOME ADDRESS _500 Ovaltine Ct. APT 531_____

_Villa Park_____IL_____60181_____
    City         State      Zip Code

SIGNATURE _Clay Wildt_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME ___Wooten_____Matthew_____Scott_____

            Last Name       First             Middle

HOME ADDRESS ___7550 country club dr apt 11206_____

            Laredo        Texas          78041

            City          State       Zip Code

SIGNATURE _____

DocuSigned by:

D792CD53C0EE493...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CRIMINAL INVESTIGATORS OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under Title 5 of the U.S. Code.**

NAME _____Worthy_____Philip_____

                   Last Name        First                      Middle

HOME ADDRESS _____828 williams St_____

            Roaring Spring    Pa           16673

                 City              State         Zip Code

SIGNATURE _____

DocuSigned by:

29FC0DEE503B4B6...