# Exhibit B

| CLASS | CLASSROOM | CLASS START | CLASS END | # STUDENTS |
|---|---|---|---|---|
| CITP-2018X-B | 261/139 | 7/15/2020 | 9/11/2020 | 23 |

| STUDENT NAME | AGENCY | SEX | Team | Team # | Uniform Issue Group |
|---|---|---|---|---|---|
| LEFRANCOIS, CHRISTOPHER | ICEHSI | M | D | 1 | A |
| MAGNARELLI JR., DOMENICO | USPSOIG | M | D | 2 | A |
| MARQUIS, JACOB A. | ICEHSI | M | D | 3 | A |
| MARZOLINO, THOMAS | ICEHSI | M | D | 4 | A |
| MAVRONAS, SPIROS | ATF | M | D | 5 | A |
| MCHENRY, JOHN P. | HHSOIG | M | D | 6 | A |
| MEDVETZ, KYLE P. | ATF | M | D | 7 | A |
| PAGE, CHRISTOPHER MACE | ICEHSI | M | D | 8 | A |
| PEEK, AUSTEN W. | ICEHSI | M | E | 1 | A |
| PERMENTER, GRANT S. | SSAOIG | M | E | 2 | A |
| RALEY, JAMES A. | ICEHSI | M | E | 3 | A |
| ROGERS, SHANE A. | SSAOIG | M | E | 4 | A |
| RUIZ, CHARLIE | ICEHSI | M | E | 5 | B |
| SILVERMAN, MATTHEW | ATF | M | E | 6 | B |
| SO, MEGAN M. | SSAOIG | F | E | 7 | B |
| STANTZOS, CHRISTOPHER P. | ATF | M | F | 1 | B |
| STEIMAN, DAVID R. | ICEHSI | M | F | 2 | B |
| TERRY, TIMOTHY R. | ICEHSI | M | F | 3 | B |
| TONKOVICH, TRENT M. | ICEHSI | M | F | 4 | B |
| TOTTEN, MATTHEW H. | ATF | M | F | 5 | B |
| TROJACEK, ANNIE S. | ICEHSI | F | F | 6 | B |
| WEISS, YOLANDA | USPSOIG | F | F | 7 | B |
| WOOTEN, MATTHEW S. | ICEHSI | M | F | 8 | B |