# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

**21-1396 C**

Names: Jeremy Acala et al. (See Attachment)

Location of Plaintiff(s)/Petitioner(s) (city/state): See Attachment.

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Gregory K. McGillivary
Firm Name: McGillivary Steele Elkin LLP

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: 1101 Vermont Avenue, N.W., Suite 1000
City-State-ZIP: Washington, D.C. 20005
Telephone Number: 202-833-8855
E-mail Address: gkm@mselaborlaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? ● Yes ○ No

---

Nature of Suit Code: 306
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: VAR
Number of Claims Involved: 1

Amount Claimed: $ Unknown
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $ _____
Is plaintiff a small business? ○ Yes ○ No
Was this action proceeded by the filing of a ○ Yes ○ No    Solicitation No. _____
protest before the GAO?
If yes, was a decision on the merits rendered? ○ Yes ○ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed   ○ Yes ● No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

179

**Attachment to Civil Cover Sheet**

1. Jeremy Acala
   Bellingham, CA

2. Nathan Anderson
   Brandon, SD

3. Allen Anstee
   Monmouth Junction, NJ

4. Mark Arriaga
   El Paso, TX

5. Melissa Ash
   Dalton, GA

6. Stephen Avery
   Carolina, PR

7. Alexander Azcuy
   Brooklyn, NY

8. Maria Barallardos
   Douglas, AZ

9. Benedict Bebber
   Brownsville, TX

10. Tyler Belec
    Carmichael, CA

11. Cole Benner
    North Ridgeville, OH

12. Kelly Bennett
    Omaha, NE

13. Kenneth Bradley
    Hermon, ME

14. Joshua Breland
    Lebanon, TN

15. Ryder Burpo
    Oklahoma City, OK

16. Sara Choi
    Hastings, MI

17. Corey Clark
    West Babylon, NY

18. Derek Condon
    Kansas City, MO

19. Timothy Crabtree
    Pearl River, LA

20. Brett Crooks
    El Centro, CA

21. David Crutcher
    Del Rio, TX

22. Eduardo Cruz
    Tallahassee, FL

23. Sarah Cummings
    Chandler, AZ

24. Craig DeLeon
    Brownsville, TX

25. Terri Demarest
    Orlando, FL

26. Jordan Detter
    Corpus Christi, TX

27. Matthew DiCarlo
    Londonderry, NH

28. Dean Duprey
    San Diego, CA

29. Eric Elliott
    San Diego, CA

30. Jonathan Erickson
    Bothell, WA

31. Ryan Finn
    Raritan, NJ

32. Benjamin Garnett
    Miami, FL

33. Barry Gatza
    Bay City, MI

34. Kaitlyn Gombar
    San Diego, CA

35. Lyndsay Goschke
    Cleveland, OH

36. Devan Greuel
    Grand Forks, ND

37. Matthew Guidera
    San Diego, CA

38. Jason Hayn
    Los Alamitos, CA

39. John Heaton
    Whitinsville, MA

40. David Hohn
    Sioux Falls, SD

41. Steffie Hood
    Denver, CO

42. Jeremy Hudson
    Clovis, CA

43. Matthew Hudson
    Rochester, NY

44. Adam Humeniak
    Bennet, NE

45. Andrew Jacob
    Sioux Falls, SD

46. Joanna Jaronski
    Santee, CA

47. Joseph Jarvis
    Apple Way, MN

48. Cole Jones
    Flagstaff, AZ

49. Lindsey Kennedy
    Syracuse, NY

50. Daniel Kolodziej
    Maricopa, AZ

51. Austin Koval
    Woodland Hills, CA

52. Jarad Larsen
    Yuma, AZ

53. Daniel Leal
    Clover, SC

54. Zachary Loken
    Rochester, MN

55. Ian MacLean
    Chula Vista, CA

56. Robert Manning
    Severn, MD

57. Jacob Marquis
    Hagerstown, MD

58. Patrick Martin
    Easton, MA

59. Thomas Marzolino
    San Diego, CA

60. Spiros Mavronas
    Henderson, NV

61. Kevin McLinden
    Charleston, WV

62. Kyle Medvetz
    North Richland Hill, TX

63. Matthew Morris
    Laredo, TX

64. Victor Mota
    Brownstown, MI

65. Zachary Neefe
    Burlington, NC

66. Roman Nepomnashi
    San Diego, CA

67. Stephen O'Brien
    Panama City, FL

68. Scott Orlinski
    Renton, WA

69. Joshua Otey
    Lincoln, VT

70. Christopher O'Toole
    Greenland, NH

71. Blake Ouzounian
    Newport Beach, CA

72. Christopher Page
    Prince George, VA

73. Grant Permenter
    York, PA

74. Nicholas Pisani
    Chadds Ford, PA

75. Ehab Rahman
    La Mesa, CA

76. Jonatan Ramos
    Santee, CA

77. Mario Renteria
    Cypress, TX

78. Shane Rogers
    Dayton, OR

79. Shenen Rose
    South Jordan, UH

80. Christopher Ruch
    Garner, NC

81. Charlie Ruiz
    La Mesa, CA

82. Phillip Sangster
    Brownsboro, AL

83. Shen Shao
    Del Rio, TX

84. Matthew Silverman
    Marlton, NJ

85. Brian Smith
    Chelmsford, MA

86. Megan So
    Farmington Hills, MI

87. David Spitzer
    Bellingham, WA

88. Christopher Stantzos
    Santa Barbara, CA

89. Thomas Strode
    San Diego, CA

90. Brett Taggart
    San Diego, CA

91. Timothy Thiel
    Clayton, NC

92. Matthew Totten
    Troy, MI

93. Angela Trotter
    Columbia, MD

94. Eric Urgo
    Port Saint Lucie, FL

95. Steven Vezos
    Parkland, FL

96. Trace Way
    Marysville, OH

97. Clay Wildt
    Villa Park, IL

98. Matthew Wooten
    Laredo, TX

99. Philip Worthy
    Roaring Spring, PA