IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JEREMY ACALA,<br><br>  et al.<br><br>        Plaintiffs<br><br>  v.<br><br>The UNITED STATES,<br><br>        Defendant. | Case No.: 1:21-cv-01396-TMD<br>(Judge Thompson M. Dietz) |

**NOTICE OF FILING OF ADDITIONAL PARTY-PLAINTIFFS**

Come Now Plaintiffs, by and through counsel, and add the following 56 individuals as plaintiffs:

1. Tomas T. Aguirre
2. Steven M. Andujar
3. Samantha B. Baratz
4. Brian H. Bearekman
5. Brian Bishop
6. Jaclyn M. Campbell
7. Alyssa J. Carbone
8. Elijah E. Carpenter
9. Joseph A. Centofranchi
10. David F. Clark
11. Joshua R. Dagit
12. Martina Doino
13. Kaitlyn M. Dougherty
14. Thomas P. Eckert
15. Nicola A. Fabrizii
16. Curtis M. Faille

17. Paul V. Ford
18. Lara N. Gabriel
19. James L. Gallo
20. Juan M. Garcia
21. Molly E. Giles
22. Jason L. Glance
23. Clayton J. Gun
24. Joel N. Hegarty
25. Steven M. Heredia
26. David A. Hohn
27. Kevin R. Iwanski Jr.
28. Dante E. Jefferson
29. James E Johnson
30. Richard E. Koch
31. Mark A. Kutrip, Jr
32. Brenda V. Leal
33. Edward D. Leppert
34. Alexander A. Lonsdale
35. Andrew J. Maxwell
36. Brian T. Middaugh
37. Evan L. Moy
38. Joel F. Murray
39. Kenneth J. Nichols
40. Emily M. Novosedlik
41. Jeremiah G. O'Grady
42. Christopher N. Pham
43. Dillon P. Phillips
44. Robert T. Ray
45. Katherine A. Rottman
46. Jonathan R. Smith
47. Payton R. Smith

48. Edward N. Sosa
49. David J. Spitzer
50. Katie M. Stamper
51. Landon W Swearngin
52. Trent M. Tonkovich
53. Carlos D. Vieyra
54. Wesley S. Wood
55. Peter T. Woodson
56. Paul D. Wright

Dated: August 5, 2021

Respectfully submitted,

/s/ *Gregory K. McGillivary*
Gregory K. McGillivary
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Avenue, N.W.
Suite 1000
Washington, D.C.  20005
(202) 833-8855

*Counsel of Record*

Sarah M. Block
Hillary D. LeBeau
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Avenue, N.W.
Suite 1000
Washington, D.C.  20005
(202) 833-8855

*Of Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that true and accurate copies of Plaintiffs' Notice of Filing of Additional Party-Plaintiffs was electronically filed on the following counsel for defendant on this 5th day of August, 2021.

Matney E. Rolfe<br>
Trial Attorney<br>
Commercial Litigation Branch<br>
Civil Division<br>
Department of Justice<br>
P.O. Box 480<br>
Ben Franklin Station<br>
Washington, D.C. 20044

/s/ *Gregory K. McGillivary*
Gregory K. McGillivary