IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JEREMY ACALA,<br><br>  et al.<br><br>      Plaintiffs<br><br>  v.<br><br>The UNITED STATES,<br><br>      Defendant. | Case No.: 1:21-cv-01396-TMD<br>(Judge Thompson M. Dietz) |

**NOTICE OF FILING OF ADDITIONAL PARTY-PLAINTIFFS**

Come Now Plaintiffs, by and through counsel, and add the following 12 individuals as plaintiffs:

1. Jeffery D. Brooks
2. David Steiman
3. Arnoldo Martinez
4. Joshua T. Monahan
5. Megan Cohen-Huggenberger
6. Matthew R. Pyle
7. Brian K. Rice
8. Nathanael Romero
9. Joshua M. Urban
10. Scott A. Fusco
11. Kyle Paris
12. Patrick M. Walton

| | |
|---|---|
| Dated: August 20, 2021 | Respectfully submitted, |
| | /s/ *Gregory K. McGillivary* |
| | Gregory K. McGillivary |
| | McGILLIVARY STEELE ELKIN LLP |
| | 1101 Vermont Avenue, N.W. |
| | Suite 1000 |
| | Washington, D.C.  20005 |
| | (202) 833-8855 |
| | *Counsel of Record* |
| | Sarah M. Block |
| | Hillary D. LeBeau |
| | McGILLIVARY STEELE ELKIN LLP |
| | 1101 Vermont Avenue, N.W. |
| | Suite 1000 |
| | Washington, D.C.  20005 |
| | (202) 833-8855 |
| | *Of Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

This is to certify that true and accurate copies of Plaintiffs' Notice of Filing of Additional Party-Plaintiffs was electronically filed on the following counsel for defendant on this 20th day of August, 2021.

> Matney E. Rolfe
> Trial Attorney
> Commercial Litigation Branch
> Civil Division
> Department of Justice
> P.O. Box 480
> Ben Franklin Station
> Washington, D.C. 20044

/s/ *Gregory K. McGillivary*
Gregory K. McGillivary